UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

_____
IN RE:                              )
                                    )
JOSE LUIS PLAZA                     )    Case No. 11-12678-RGM
                                    )    Chapter 7
           Debtor.                  )
_____ )

**TRUSTEE'S MOTION TO COMPEL DEBTOR
TO TURN OVER PROPERTY OF THE ESTATE**

Janet M. Meiburger, Esq., the Chapter 7 trustee for the estate of the debtor in the above-named case (the "Trustee"), hereby moves, pursuant to 11 U.S.C. §542(a) and Federal Rule of Bankruptcy Procedure 9013, for entry of an order compelling Jose Luis Plaza, the Debtor herein, to turn over property of the bankruptcy estate, and in support of this motion states as follows:

1. On April 11, 2011 (the "Petition Date"), the Debtors filed their voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

2. On April 15, 2011, the Debtor received a 2010 Virginia state tax refund in the amount of $2,142.00. On April 22, 2011, the Debtor received a 2010 federal tax refund in the amount of $2,950.00. These 2010 federal and state tax refunds constitute nonexempt property of the bankruptcy estate, which must be turned over to the Trustee.

3. The Trustee's efforts to obtain the refunds the Debtors have received have not been successful.

WHEREFORE, Janet M. Meiburger, Esq., the Trustee for the estate of the Debtor in the above-named case, by counsel, respectfully requests that the Court enter an order compelling Jose Luis Plaza to turn over the property of the bankruptcy estate as described herein.

_____
Janet M. Meiburger, VA Bar No. 31842
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101
(703) 556-7871
Counsel to Chapter 7 Trustee

                                    Respectfully submitted,

                                    THE MEIBURGER LAW FIRM, P.C.

Dated: October 12, 2011        By:    /s/ Janet M. Meiburger
                                            Janet M. Meiburger, Esq., VSB No. 31842
                                            The Meiburger Law Firm, P.C.
                                            1493 Chain Bridge Road, Suite 201
                                            McLean, Virginia 22101
                                            (703) 556-7871

                                            Counsel to Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 12th day of October, 2011, a true and correct copy of the foregoing Trustee's Motion to Compel Debtor to Turn Over Property of the Estate will be served by ECF e-mail pursuant to the applicable Standing Order of the Court, and by first class mail, postage prepaid on the following:

Jose Luis Plaza
5512 Crossrail Court
Burke, VA 22015

Ronald W. Stern
333 N Fairfax Street , #204
Alexandria, VA 22314
*Counsel to the Debtor*

                                                  /s/ Janet M. Meiburger
                                                  Janet M. Meiburger